(122 So. 466)

### Clyde RICHIE v. STATE. (6 Div. 393.)

Supreme Court of Alabama. May 16, 1929.

Ernest B. Fite, of Hamilton, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

FOSTER, J. Petition of Clyde Richie for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Richie v. State, 122 So. 465.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.